ACCEPTED
12-14-00145-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/5/2015 3:38:43 PM
CATHY LUSK
CLERK

## NO. 31264

| | | | |
|---|---|---|---|
| STATE OF TEXAS | § | IN THE | |
| | § | | |
| VS. | § | 12th COURT | |
| | § | | |
| DOUGLAS EUGENE MCNEILL | § | OF APPEALS | |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

1/5/2015 3:38:43 PM

CATHY S. LUSK
Clerk

## SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Douglas Eugene McNeill, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the third Judicial District Court of Anderson County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Douglas Eugene McNeill, and numbered 31264.

3. Appellant was convicted of Possession of a Controlled Substance, PG 1<1gram.

4. Appellant was assessed a sentence of 15 months State Jail Division, TDCJ on 4/09/14.

5. Notice of appeal was given on 5/08/14.

6. The clerk's record was filed on 8/21/14; the reporter's record was filed on 8/21/14.

7. The appellate brief is presently due on 12/06/14.

8. Appellant requests an extension of time from the present date, to 12/23/14.

9. One extension to file the brief has been received in this cause.

10. Defendant is currently free on bond.

11. Appellant relies on the following facts as good cause for the requested extension:

On Friday, November 28, 2014, the undersigned was advised that a case set for Jury Trial the following week, would not be reached. Therefore assumed I would have the entire week to complete this Brief. I attended a Trial Announcement Docket on Monday, December 1st, again it was confirmed that the Curtis Ealy case would not be reached, in fact Mr. Ealy did not show up for court that day and NISI was issued. I received a phone call from the court coordinator approximately 10 o'clock on Tuesday, December 2nd, advising that Mr. Ealy had shown up, we were now the number one case. After going home and changing into proper attire, we selected a jury in the Ealy case that Tuesday afternoon. I then had to spend the bulk of the rest of that week preparing for Mr. Ealy's trial which began Monday, December 8th. The trial of the Curtis Ealy case disrupted

my schedule to the point that I was unable to complete the brief by the 6th and therefore I am requesting an extension to the date of receipt by the court.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Wm. M. House, Jr., Attorney at Law
800 North Church
Palestine, Texas 75801
Tel: (903) 723-2077
Fax: (903) 723-6323

By: _____
Wm. M. House, Jr.
State Bar No. 10045000
wmmhousejr@embarqmail.com
Attorney for Douglas Eugene McNeill

## CERTIFICATE OF SERVICE

This is to certify that on ~~December 10, 2014,~~ January 5, 2015 a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Anderson County, Texas, by personal delivery.

_____
Wm. M. House, Jr.

**STATE OF TEXAS**  §
§
**COUNTY OF ANDERSON**  §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Wm. M. House, Jr., who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Wm. M. House, Jr.
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on December 10, 2014, to certify which witness my hand and seal of office.



CAROLYN NEWGENT
MY COMMISSION EXPIRES
February 11, 2017

_____
Notary Public, State of Texas